IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CR-00050-D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| JOE FRANCIS RHEM, JR. | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on May 24, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant's Plea Agreement and guilty plea to an offense in violation of 21 U.S.C. § 846, and agreeing to the forfeiture of the property listed in the May 24, 2018 Preliminary Order of Forfeiture, to wit: $5,137.12 in U.S. Currency;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between June 26, 2018 and July 25, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days from the first day of publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject

1

property described in this Court's May 24, 2018 Preliminary Order of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the May 24, 2018 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Marshall Service and/or the Federal Bureau of Investigation is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this **19** day of ___November___, 2018.

                                     _J. Dever_
                                     JAMES C. DEVER, III
                                     C~~HIEF~~ UNITED STATES DISTRICT JUDGE